Grace Krotosky v. Philip Krotosky.— Motion denied.   Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Samuel Z. Stein v. Edward B. King and Others.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Henry Leerburger v. Henry R. C. Watson.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York v. Charles McDonald.— Motion granted and appellant allowed to print the affidavits and file them separately as part of the case on appeal.   Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Julia R. Kelsey v. William Bradley.— Motion granted so far as to permit respondent to move before the trial judge for resettlement of the case; if he resettles it, application can then be made to this court to correct the record, and the terms upon which such correction should be made can be then considered.   Order to be settled on notice.   Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.